CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Fishing Company of Alaska, Inc.   )
                                      )
                                      )
                                      )
               Plaintiff              )   Civil Action No._____
       vs                             )
                                      )
Honorable Carlos Gutierrez, in his official )
capacity as Secretary of Commerce     )
                                      )
               Defendant              )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __The Fishing Company of Alaska, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Fishing Company of Alaska, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

414170
BAR IDENTIFICATION NO.

David E. Frulla
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC 20007
City        State        Zip Code

(202) 342-8400
Phone Number