AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Fishing Company of Alaska, Inc.

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER
Honorable Carlos Gutierrez, in his official
Capacity as Secretary of Commerce
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   David E. Frulla   as counsel in this
                     (Attorney's Name)

case for:  The Fishing Company of Alaska, Inc.
        (Name of party or parties)

October 15, 2007
Date

*[Signature]*
Signature

414170
BAR IDENTIFICATION

David E. Frulla
Print Name

Kelley Drye & Warren, LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC 20007
City    State    Zip Code

(202) 342-8400
Phone Number