A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Fishing Company of Alaska, Inc.

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER

Honorable Carlos Gutierrez, in his official Capacity as Secretary of Commerce

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Shaun M. Gehan   as counsel in this
                        (Attorney's Name)

case for:   The Fishing Company of Alaska, Inc.
            (Name of party or parties)

October 15, 2007
Date

*[Signature]*
Signature

483720
BAR IDENTIFICATION

Shaun M. Gehan
Print Name

Kelley Drye & Warren, LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC 20007
City    State    Zip Code

(202) 342-8400
Phone Number