AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Fishing Company of Alaska, Inc.

    Plaintiff(s)

vs.

Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce

    Defendant(s)

**APPEARANCE**

CASE NUMBER

To the Clerk of this court and all parties of record:

Please enter the appearance of  Daniel S. Blynn  as counsel in this
(Attorney's Name)

case for:  The Fishing Company of Alaska, Inc.
(Name of party or parties)

October 15, 2007
Date

488934
BAR IDENTIFICATION

*(signature)*
Signature

Daniel S. Blynn
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC 20007
City  State  Zip Code

(202) 342-8400
Phone Number