IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FISHING COMPANY OF ALASKA, INC., <br> 200 West Thomas, Suite 440 <br> Seattle, Washington 98119 <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, <br> in his official capacity as Secretary of Commerce, <br> 1401 Constitution Avenue, NW <br> Washington, DC 20230 <br><br> Defendant. | Case No. 1:07-cv-01854-HHK |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Lisa Lynne Russell shall serve as counsel for the Defendant in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Russell at the address listed below.

Dated: October 17, 2007

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
JEAN E. WILLIAMS, Chief

  *s/* Lisa Lynne Russell
LISA LYNNE RUSSELL, Assistant Chief
Wildlife & Marine Resources Section
Environment & Natural Resource Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0388
Facsimile: (202) 305-0275
Email: lisa.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 17th day of October 2007, I caused a copy of the foregoing notice of appearance to be served on the following counsel by means of the Court's electronic filing system:

Daniel Scott Blynn
Kelley Drye & Warren LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400
Fax: (202) 342-8451
Email: dblynn@kelleydrye.com

David Earl Frulla
KELLEY, DRYE & WARREN, LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400
Fax: (202) 342-8451
Email: dfrulla@kelleydrye.com

Shaun Michael Gehan
KELLEY, DRYE & WARREN, LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400
Fax: (202) 342-8451
Email: sgehan@kelleydrye.com

                 s/ Lisa Lynne Russell
                 Lisa Lynne Russell
                 Attorney for Federal Defendants