

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Fishing Company of Alaska, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Honorable Carlos Gutierrez, in his official
capacity as Secretary of Commerce

CASE    Case: 1:07-cv-01854
        Assigned To : Kennedy, Henry H.
        Assign. Date : 10/15/2007
        Description: Admn. Agency Review

TO: (Name and address of Defendant)

Acting Attorney General Peter D. Keisler
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within _____45_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT 1 5 2007
CLERK                                  DATE

_(By) DEPUTY CLERK_

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Fishing Company of Alaska, Inc.

vs.

The Honorable Carlos Gutierrez, in his official capacity as the Secretary of Commerce

No. 1:07-CV-01854 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Complaint for Injunctive and Declaratory Relief and Petition for Review of Rulemaking; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:25 pm on October 16, 2007, I served Acting Attorney General Peter D. Keisler at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
    SEX-   FEMALE
    AGE-   58
 HEIGHT-   5'8"
   HAIR-   BROWN
 WEIGHT-   175
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___10-17-07___
               Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195908