
AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Fishing Company of Alaska, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce

CASE NUM

Case: 1:07-cv-01854
Assigned To : Kennedy, Henry H.
Assign. Date : 10/15/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Honorable Carlos Gutierrez
United States Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___45___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     OCT 15 2007
CLERK                                        DATE

_/s/_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Fishing Company of Alaska, Inc.

vs.

The Honorable Carlos Gutierrez, in his official capacity as the Secretary of Commerce

No. 1:07-CV-01854 HHK

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Complaint for Injunctive and Declaratory Relief and Petition for Review of Rulemaking; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:05 pm on October 16, 2007, I served The Honorable Carlos Gutierrez, in his official capacity as the Secretary of Commerce at 1401 Constitution Avenue, NW, Washington, DC 20230 by serving Sarah Jones, Records Control, authorized to accept. Described herein:

```
     SEX-   FEMALE
     AGE-   38
  HEIGHT-   5'8"
    HAIR-   BLACK
  WEIGHT-   190
    RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-17-07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195906