AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Fishing Company of Alaska, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce

CASI

Case: 1:07-cv-01854
Assigned To : Kennedy, Henry H.
Assign. Date : 10/15/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney Jeffrey A. Taylor
United States Department of Justice
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___45___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT 15 2007
CLERK                                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Fishing Company of Alaska, Inc.

vs.

The Honorable Carlos Gutierrez, in his official capacity as the Secretary of Commerce

No. 1:07-CV-01854 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint for Injunctive and Declaratory Relief and Petition for Review of Rulemaking; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:57 pm on October 16, 2007, I served United States Attorney Jeffrey A. Taylor at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    30
 HEIGHT-    5'5"
   HAIR-    BLACK
 WEIGHT-    140
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10/16/07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195907