UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FISHING CO. OF ALASKA, INC.,<br>200 West Thomas, Suite 440<br>Seattle, Washington 98119<br><br>   Plaintiff,<br><br>  v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>in his official capacity as Secretary of Commerce,<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:07-cv-1854-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

To the Court, the parties, and their attorneys of record:

  PLEASE TAKE NOTICE that Meredith L. Flax enters her appearance as counsel for the Federal Defendant in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Flax at the address listed below.

Dated: October 24, 2007    Respectfully submitted,

            RONALD J. TENPAS
            Acting Assistant Attorney General
            Environment & Natural Resources Division
            JEAN WILLIAMS, Chief
            LISA L. RUSSELL, Assistant Chief


             /s/ Meredith L. Flax
            MEREDITH L. FLAX, Trial Attorney
            D.C. Bar No. 468016
            U.S. Department of Justice
            Environment & Natural Resources Division
            Wildlife & Marine Resources Section
            Ben Franklin Station, P.O. Box 7369

Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

Attorneys for Federal Defendant