UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FISHING CO. OF ALASKA, INC.,<br>200 West Thomas, Suite 440<br>Seattle, Washington 98119<br><br>        Plaintiff,<br><br>        v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>in his official capacity as Secretary of Commerce,<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br>        Defendant. | Civil No. 1:07-cv-1854-HHK |

### FEDERAL DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND TO FILE THE ADMINISTRATIVE RECORD

Defendant Carlos Gutierrez, Secretary of Commerce ("Federal Defendant"), by and through undersigned counsel, says as follows:

WHEREAS, pursuant to 16 U.S.C. § 1855(f)(3)(A), Federal Defendant is allocated 45 days from service of Plaintiff's Complaint on the Secretary in which to file and serve his answer and the administrative record;

WHEREAS, the Complaint was served on the Secretary on October 16, 2007, and therefore Federal Defendant's answer and administrative record are currently due on November 30, 2007;

WHEREAS, there have been no previous extensions of time for Federal Defendant to file and serve his answer or the administrative record;

WHEREAS, Federal Defendant has to compile several copies of the same voluminous record for three related cases and, due to staffing shortages, needs additional time to do so;

WHEREAS, Plaintiff's counsel has consented to an extension of time of fourteen (14) days, until December 14, 2007; and,

FEDERAL DEFENDANT THEREFORE respectfully requests that the Court grant a fourteen (14) calendar day extension of time, until December 14, 2007, for Federal Defendant to Answer the First Amended Complaint and to file the Administrative Record.

Dated: November 7, 2007              Respectfully submitted,

                                                    RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief


       /s/ Meredith L. Flax
MEREDITH L. FLAX, Trial Attorney
D.C. Bar No. 468016
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FISHING CO. OF ALASKA, INC.,<br>200 West Thomas, Suite 440<br>Seattle, Washington 98119<br><br>    Plaintiff,<br><br>  v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>in his official capacity as Secretary of Commerce,<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br>    Defendant. | Civil No. 1:07-cv-1854-HHK |

[PROPOSED] ORDER

For the reasons set forth in Federal Defendant's Unopposed Motion for Extension of Time to Answer Complaint and file the Administrative Record, it is hereby ORDERED that Federal Defendant is granted a fourteen (14) day extension and shall file his Answer and Administrative Record on December 14, 2007.

Dated this ___ day of November, 2007

_____
Henry H. Kennedy
UNITED STATES DISTRICT JUDGE