UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THE FISHING CO. OF ALASKA, INC.,<br>200 West Thomas, Suite 440<br>Seattle, Washington 98119<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>in his official capacity as Secretary of Commerce,<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br>Defendant. | Civil No. 1:07-cv-1854-HHK |

### ORDER

Pending before this Court is Federal Defendant's Unopposed Motion to Transfer. The Court, having considered the materials submitted in support and being otherwise fully advised FINDS AND ORDERS as follows:

The interests of justice and of the parties are best served by transfer of this case to the United States District Court for the Western District of Washington, for consolidation with the case styled <u>Fisherman's Finest, et al. v. Gutierrez</u>, 07-cv-1574-MJP. Accordingly, it is hereby

ORDERED that Defendant's Unopposed Motion to Transfer is GRANTED; and

that the above-captioned matter is transferred to the U.S. District Court for the Western District of Washington.

IT IS SO ORDERED,

Dated this 28th day of November, 2007

_____
Henry H. Kennedy
UNITED STATES DISTRICT JUDGE