UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FISHING CO. OF ALASKA, INC.,<br>200 West Thomas, Suite 440<br>Seattle, Washington 98119<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>in his official capacity as Secretary of Commerce,<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br>　　　　　Defendant. | Civil No. 1:07-cv-1854-HHK |

## NOTICE

NOTICE IS HEREBY PROVIDED to the Court and Plaintiff that Federal Defendant will not file the Administrative Record for this case with the Court today.  Pursuant to this Court's Minute Order granting Federal Defendant's Unopposed Motion for Extension of Time, Doc. No. 11, Federal Defendant must file the Administrative Record with the Court today.  The Court subsequently granted Federal Defendant's Unopposed Motion to Transfer, however, and Ordered this case transferred to the U.S. District Court for the Western District of Washington ("W.D. Wash.").  Doc. No. 14.  The Court has not yet completed the transfer to W.D. Wash, so there is no open case there in which to file the Administrative Record.

In order to avoid administrative confusion, Federal Defendant will not file the Administrative Record with the Court today.  However, Federal Defendant has filed the Administrative Record with the W.D. Wash in the case already in that jurisdiction related to this case.  Federal Defendant has also already sent a copy of the Administrative Record to counsel for the Fishing Company of Alaska.

Dated: December 14, 2007                    Respectfully submitted,

                                                  RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
LISA L. RUSSELL,  Assistant Chief


                                                          /s/ Meredith L. Flax
MEREDITH L. FLAX, Trial Attorney
D.C. Bar No. 468016
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

Attorneys for Federal Defendant